OPINION — AG — A REFUSAL BY A RETAILER OR WHOLESALER TO PERMIT A COMPLETE INSPECTION OF THE LICENSED PREMISES BY THE AGENTS OF THE ALCOHOLIC BEVERAGE CONTROL BOARD WOULD CONSTITUTE A VIOLATION OF THE ALCOHOLIC BEVERAGE CONTROL ACT AND THUS SERVE AS A BASIS FOR PROCEEDINGS TO SUSPEND OR REVOKE THE PARTY'S LICENSE. CITE: 37 O.S. 1961 528 [37-528](1) 37 O.S. 1961 546 [37-546], 37 O.S. 1961 506 [37-506](20), 37 O.S. 1961 539 [37-539](A) (BURCK BAILEY)